IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CV-00434-D

| | | |
|---|---|---|
| CHEIKH M.B. TALL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, DIRECTOR OF USCIS *in his official capacity*; ANGELICA ALFONSO-ROYALS, DEPUTY DIRECTOR OF USCIS I*n her official capacity*; MARKWAYNE MULLIN, Secretary of Homeland Security, *in his official capacity*; WILLIAM K. HUBBARD, FIELD OFFICE DIRECTOR, Raleigh-Durham Field Office,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

THIS MATTER COMES BEFORE the Court on the parties' *joint* motion to remand the case to United States Citizenship and Immigration Services (USCIS) and dismiss without prejudice and without award of fees or costs the Complaint filed by Plaintiff Cheikh M.B. Tall.

UPON CONSIDERATION OF the *joint* motion, and the entire record,

IT IS ORDERED on this 11th day of September, 2026, that the parties' *joint* Motion is GRANTED. USCIS will adjudicate Plaintiff's N-400 application within

sixty (60) days of the order remanding the application and, if applicable, issue a Notice of Intent to Deny (NOID) with 7 business days of remand.

IT IS ORDERED, FURTHER, that this case is remanded to the USCIS, pursuant to 8 U.S.C. § 1447(b), and the Complaint is dismissed without prejudice and without costs, expenses, or attorneys' fees to any party.

SO ORDERED, this 11 day of September, 2026

JAMES C. DEVER, III
United States District Judge